■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MARRO, Appellant. [705 NYS2d 900] —Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 25, 1996 (*People v Marro,* 225 AD2d 796), affirming two judgments of the County Court, Orange County, both rendered October 12, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., O'Brien, Santucci and Goldstein, JJ., concur.